242

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LUCIOUS GREGG (Impleaded), Defendant-Appellant.

(No. 56467;

First District (3rd Division)—July 5, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Stanley Sacks, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Sharon Grossman, of counsel,) for the People.